# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

December 12, 2016

**BY ECF AND BY HAND**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:**   *United States v. Ivan Rafael Bailon-Hernandez*
              **16-cr-277 (GBD)**

Dear Judge Daniels:

This letter supplements the sentencing submission filed on behalf of Ivan Bailon-Hernandez filed on December 7, 2016.

Please find enclosed four photographs of the home that Mr. Bailon-Hernandez shares with Marjorie Choez Avila taken in the days following the massive earthquake that centered on the Northwest coast of Ecuador on April 16,2016. The notices on the house were placed there by the Ministry of Housing and Development [Ministerio de Desarollo y Vivienda]. In sum and substance they state that 90% of the masonry has collapsed. Ms. Choez was permitted to briefly enter to retrieve personal property, but for no other reason. The house was rendered uninhabitable and remains in this condition as of today.

Respectfully submitted,

Jill R. Shellow
*Counsel for Ivan Rafael Bailon-Hernandez*

cc:    AUSA Jason Swergold (via ECF and hand delivery)
       Ivan Rafael Bailon-Hernandez (by legal mail)