# USO RESTRINGIDO

REVALUACIÓN NO HABÍA FICHA

**ZONA DE RIESGO**

**Precaución:** Esta edificación fue inspeccionada y se ha determinado que existen los siguientes daños:

Colapso de mampostería en un 90%.

**Los siguientes ingresos y/o área de ocupación se encuentran legalmente restringidos:**

☐ No ingresar a las siguientes áreas:

☑ Cortos ingresos permitidos para obtener acceso a contenidos:

Sala y cocina

☐ Otras /restricciones:

**Fecha:** 11-07-2016
**Hora:** 10:00

**Precaución:** Las réplicas sísmicas pueden aumentar los daños y riesgos.

**Esta instalación fue inspeccionada en condiciones de emergencia por:**

TERREMOTO

**Jurisdicción**

**CI Inspector / Agencia:**

1307.55173-7

MIDUVI - GADJ

**Nombre de la instalación y Dirección:**

Maijori Choez Ávila
Barrio Sto. Cruz

Prohibido remover, alterar o cubrir esta pancarta sin la debida autorización de las Autoridades Gubernamentales