TRANSLATION

TOP NOTICE

Restricted Use [T.N.: some sort of logo of the Ecuadorian government appears in the upper right corner, but it is illegible]
[T.N.: written by hand] Revalidation – No Existing File
Risk Area
Warning: This building has been inspected and we have determined that the following damages exist:
90% masonry collapse

The following entryways and/or living areas are now legally restricted:
Do not enter the following areas_____
[✓] Brief entry permitted in order to obtain access to contents
Living room and kitchen

[ ] Other restrictions

Name and address of the premises:
Marjori Choez Avila
Barrio Sta. Cruz

[Top right]
Date: 07 – 11 – 2016
Time: 10:00 [AM]

Warning: Seismic aftershocks can increase [T.N.: the rest of this line was cut off] damage and other risks.

These premises were inspected during emergency conditions due to:
Earthquake

Jurisdiction

[ ] Inspector / Agency

130755173-7

MIDUVI – GADJ [T.N.: [T.N.: Gobiernos Autonomos Decentralizados: Decentralized Autonomous Governments, Jaramjió?; unclear from context]

It is forbidden to remove, alter or cover this sign without the proper authorization of the Government Authorities

TRANSLATION

BOTTOM NOTICE

Restricted Use [T.N.: some sort of logo of the Ecuadorian government appears in the upper right corner, but it was cut off when the photograph was taken]

Warning: This building has been inspected and we have determined that the following damages exist:
- Risk area (Barranca Balsamaragua)
- Collapsed walls (Masonry)

The following entryways and/or living areas are now legally restricted:
[✓] Do not enter the following areas
   bedroom - living room
[ ] Brief entry permitted in order to obtain access to contents

[ ] Other restrictions

Name and address of the premises:
Callejon #18, calle Maribal Sucre, Barrio Santa Cruz

[Right side of the sign]
Date: May 17 / 2016
Time: 12:42 [PM]

Warning: Seismic aftershocks can increase [T.N.: the rest of this line was cut off] damage and other risks.

These premises were inspected during emergency conditions due to:
Earthquake

Jurisdiction - Jaramijo

CI Inspector / Agency: MIDUVI – GAD [T.N.: Gobiernos Autonomos Decentralizados: Decentralized Autonomous Governments]

130755173-7

MIDUVI – GADJ

It is forbidden to remove, alter or cover this sign without the proper authorization of the Government Authorities